AO 245B   (Rev. 09/11) Judgment in a Criminal Case
v1        Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| DERRICK GADSDEN | Case Number:  2:13cr159-02-WKW |
| | USM Number: 14804-002 |
| | Richard Keith |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   1 of the Indictment on 04/22/2014

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1349 | Conspiracy to Commit Wire Fraud | 08/15/2013 | 1 |

☐ See additional count(s) on page 2

The defendant is sentenced as provided in pages  2  through  29  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)  2-5                          ☐ is  ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**11/6/2014**
Date of Imposition of Judgment

Signature of Judge

**W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE**
Name of Judge                          Title of Judge

**12·3·14**
Date

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
v3         Sheet 2 — Imprisonment

DEFENDANT: DERRICK GADSDEN
CASE NUMBER: 2:13cr159-02-WKW

Judgment Page: 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

240 Months

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where intensive residential drug treatment and vocational and educational training are available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before    on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
v1         Sheet 3 — Supervised Release

DEFENDANT:  DERRICK GADSDEN                                    Judgment Page: 3 of 6
CASE NUMBER:  2:13cr159-02-WKW

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
3 Years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable )*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable )*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable).*

☐   The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer fo  schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcemnt agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
v1          Sheet 3C — Supervised Release

DEFENDANT: DERRICK GADSDEN                                    Judgment Page: 4 of 6
CASE NUMBER: 2:13cr159-02-WKW

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall participate in a program approved by the United States Probation Office for substance abuse, which will include testing to determine whether he has reverted to the use of drugs. Defendant shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.

Defendant shall provide the probation officer any requested financial information.

Defendant shall not obtain new credit without approval of the court unless in compliance with the payment schedule.

Defendant shall submit to a search of his person, residence, office or vehicle pursuant to the search policy of this court.

AO 245B    (Rev 09/11) Judgment in a Criminal Case
v1         Sheet 5 — Criminal Monetary Penalties

DEFENDANT: DERRICK GADSDEN
CASE NUMBER: 2:13cr159-02-WKW

Judgment Page: 5 of 6

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 1,000,000.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Telecheck | | $149,523 05 | |
| Attn: Toni Sirles | | | |
| 5251 Westheimer | | | |
| Houston, TX 77056 | | | |
| | | | |
| NEXCHECK | | $42,219 30 | |
| P.O. Box 19688 | | | |
| Birmingham, AL 35219 | | | |

SEE ADDITIONAL RESTITUTION PAGES 6 -

| **TOTALS** | $0.00 | $191,742 35 | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the   ☐ fine  ☑ restitution.

    ☐ the interest requirement for the   ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
v1   Sheet 6 — Schedule of Payments

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-02-WKW

Judgment Page: 6 of 6 of 47

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑ Lump sum payment of $ ___1,000,100.00___ due immediately, balance due

       ☐ not later than _____ , or
       ☑ in accordance ☐ C, ☐ D, ☐ E, or ☑ F below; or

B  ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
      imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑ Special instructions regarding the payment of criminal monetary penalties:

      All criminal monetary payments are to be made to the Clerk, United States District Court, Middle District of Alabama, Post Office Box 711,
      Montgomery, Alabama 36101. Restitution shall be paid at the rate of not less than $100.00 per month.  To the extent that other defendants
      are ordered in this case or in any other case to be responsible for some or all of the restitution amount owed to the victims, the victims are
      entitled to only one recovery, from whomever received.  In other words, the victim is not allowed to receive compensation in excess of its
      loss.   Related case/defendant:  David Gadsden - 2:13cr159-01-WKW

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

      Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
      and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
      $1,000,000.00

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B        (Rev 09/11) Judgment in a Criminal Case
v1             Sheet 5B — Criminal Monetary Penalties

DEFENDANT: DERRICK GADSDEN
CASE NUMBER: 2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Global E Telecom | | $28,705.18 | |
| Attn: Steve Buss | | | |
| 73 Eglin Pkwy NE, Ste 301 | | | |
| Fort Walton Beach, FL  32548 | | | |
| | | | |
| Winn Dixie | | $19,988.13 | |
| 5050 Edgewood Court | | | |
| Jacksonville, FL  32254 | | | |
| | | | |
| Toys R Us | | $567.97 | |
| Attn: Renee Rossi | | | |
| 1 Geoffrey Way | | | |
| Dept T2 Checks | | | |
| Wayne, NJ  07474 | | | |
| | | | |
| Target Stores | | $3,138.71 | |
| Attn: Heidi Olson | | | |
| 3701 Wayzata Blvd | | | |
| MS 4AE | | | |
| Minneapolis, MN | | | |
| | | | |
| Shoe Carnival | | $175.88 | |
| Accounts Payable | | | |
| 7500 E. Colombia | | | |
| Evansville, IN  47715 | | | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A o  Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
v1              Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Publix | | $9,94?.37 | |
| Attn: Expense Payable | | | |
| P.O. Box 32014 | | | |
| Lakeland, FL  33802 | | | |
| | | | |
| Belk Store | | $32?.45 | |
| Attn: Tommie | | | |
| 2801 W. Tyvola Road | | | |
| Charlotte, NC  28217 | | | |
| | | | |
| CKR Mobile Technology | | $79?.96 | |
| Attn: Nick Bruno | | | |
| 540 North East Blvd. | | | |
| Montgomery, AL  36117 | | | |
| | | | |
| Stagg Bedding DBA Bedzzz Express | | $6,68?.61 | |
| Attn: Jerry Sokal | | | |
| 6 Office Park Circle | | | |
| Birmingham, AL  35223 | | | |
| | | | |
| Gipson's Tires | | $2,58?.52 | |
| Attn: Bob Gipson | | | |
| 605 McQueen Smith Road | | | |
| Prattville, AL  36066 | | | |

* Findings for the total amount of losses are requiredunder Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
v1          Sheet 5B — Criminal Monetary Penalties

DEFENDANT: DERRICK GADSDEN
CASE NUMBER: 2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Gray's Tire and Service<br>Attn: Matt King<br>650 U.S. Highway 231<br>Wetumpka, AL 39093 | | $1,853.72 | |
| Ashley Furniture<br>Attn: Wanda Benson<br>3790 Knight Road<br>Memphis, TN 38118 | | $3,577.44 | |
| Badcock Furniture<br>1724 E. Main Street<br>Prattville, AL 36066 | | $1,744.12 | |
| Farmer's Feed and Supply<br>Attn: Dale Wilson<br>16 E. Fleming<br>Montgomery, AL 36105 | | $1,223.49 | |
| Envision Payment Solutions<br>Attn: Debra Beyhan<br>P.O. Box 157<br>Suwanee, GA 30024 | | $30,622.91 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A o  Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
v1         Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Robert F. Henry Tile Company<br>Attn:  Robert Henry<br>P.O. Box 221209<br>Montgomery, AL  36121-1209 | | $7,248.39 | |
| O'Reilly Automotive Stores<br>Attn:  NSF Department<br>P.O. Box 1156<br>Springfield, MO  65801 | | $15,924.85 | |
| Atkins and sons Furniture<br>Attn:  Jessica Peace<br>3450 County Road 81<br>Fort Payne, AL  35967 | | $11,535.17 | |
| Alabama Power<br>Attn:  James Thrash<br>240 Dexter Avenue<br>Montgomery, AL  36104 | | $3,301.79 | |
| Ellis and Son<br>P.O. Box 208<br>Semmes, AL  36575 | | $9,675.18 | |

\* Findings for the total amount of losses are requiredunder Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev 09/11) Judgment in a Criminal Case
v1          Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2.13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Jim Whaley Tires | | $1,052.61 | |
| Attn:  Brenda Hall | | | |
| 1940 S. Oak Street, Ste 1 | | | |
| Dothan, AL  36301 | | | |
| | | | |
| Sunsouth | | $3,382.07 | |
| Attn:  Ronnie Hayes | | | |
| 1975 Forbes Drive | | | |
| Montgomery, AL  36110 | | | |
| | | | |
| Glidden Professional/PPG | | $1,417.38 | |
| Attn:  Manager | | | |
| 38 Hunter Lane | | | |
| Montgomery, AL  36109 | | | |
| | | | |
| Moore and Moore Tires | | $783.12 | |
| Attn:  Kenny Moore | | | |
| P.O. Box 336 | | | |
| Andalusia, AL  36420 | | | |
| | | | |
| HH Gregg | | $18,417.41 | |
| Attn:  Mark Ford | | | |
| 4151 East 96th Street | | | |
| Indianapolis, IN  46240 | | | |

* Findings for the total amount of losses are requiredunder Chapters 109A, 110, 110A, and 113A o  Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
v1          Sheet 5B — Criminal Monetary Penalties

DEFENDANT: DERRICK GADSDEN
CASE NUMBER: 2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Bye Rite Trailer Sales and Manufacturing | | $1,747.31 | |
| Attn: Todd Brice | | | |
| 24575 Hwy 90 | | | |
| Robertsdale, AL  36567 | | | |
| | | | |
| Carpet Warehouse | | $197.39 | |
| Attn: Barbara Pugh | | | |
| 32 Hunter Lane | | | |
| Montgomery, AL  36109 | | | |
| | | | |
| Alabama Tire Service | | $6,539.58 | |
| Attn: Trey Myers | | | |
| P.O. Box 240007 | | | |
| Montgomery, AL  36124 | | | |
| | | | |
| Alabama Steel Supply | | $1,603.68 | |
| Attn: Janet Hanks | | | |
| P.O. Box 11251 | | | |
| Montgomery, AL  36111-0251 | | | |
| | | | |
| Art's Music | | $1,472.68 | |
| Attn: Dawn Carmichael | | | |
| 3030 Eastern Blvd | | | |
| Montgomery, AL  36116 | | | |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
v1      Sheet 5B — Criminal Monetary Penalties

DEFENDANT: DERRICK GADSDEN
CASE NUMBER: 2.13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Davis Carpet Service<br>Attn: Tommy Davis<br>59400 Alabama Hwy 77<br>Talladega, AL 35160 | | $2,449.68 | |
| Bishop Parker Furniture<br>Attn: Bill Younkin<br>P.O. Box 20110<br>Montgomery, AL 36120 | | $3,237.79 | |
| Capital Brick<br>Attn: Shannon Benton<br>P.O. Box 1789<br>Dothan, AL 36302 | | $391.24 | |
| Chappy's Deli<br>Attn: Brenda Joiner<br>3815 Interstate Court<br>Montgomery, AL 36109 | | $147.36 | |
| Payliance<br>Attn: John McGinley<br>3 Easton Oval, Suite 210<br>Columbus, OH 43219 | | $13,833.60 | |

 

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A o Title 18 for offenses committed
on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
v1         Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Michael's Refrigeration | | $3,523.33 | |
| Attn:  Tina Whaley | | | |
| 720 W. South Blvd | | | |
| Montgomery, AL  36105 | | | |
| | | | |
| Leslie's Swimming Pool Supplies, Inc. | | $1,335.61 | |
| Attn:  Doyle Hicks, Corp Investigator | | | |
| 3925 E Broadway Road, Suite 100 | | | |
| Phoenix, AZ  85040 | | | |
| | | | |
| Bama Sash and Door | | $4,024.02 | |
| Attn:  Fred Minor, Esq. | | | |
| 7004 Brockport Court | | | |
| Montgomery, AL  36117 | | | |
| | | | |
| Old Navy | | $1,403.77 | |
| Attn:  Store Manager | | | |
| 8031 East Chase Parkway | | | |
| Montgomery, AL  36117 | | | |
| | | | |
| Village Furniture Galleries | | $2,919.08 | |
| Attn:  Barbara Cook | | | |
| 3634 Montgomery Highway | | | |
| Dothan, AL  36303 | | | |

\* Findings for the total amount of losses are requiredunder Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev 09/11) Judgment in a Criminal Case
v1          Sheet 5B — Criminal Monetary Penalties

DEFENDANT: DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Truck Trailer Outfitters DBA TNT | | $4,661.21 | |
| Attn: Lance Dees | | | |
| 1840 I-65 Service Road, East | | | |
| Millbrook, AL  36054 | | | |
| | | | |
| Trailer Store Plus | | $3,090.04 | |
| Attn: Toby Smith | | | |
| 4705 McFarland Blvd | | | |
| Northport, AL  35476 | | | |
| | | | |
| United Tranzactions | | $7,935.39 | |
| Attn: Terry Brands (ref #748241) | | | |
| 3200 Executive Way | | | |
| Miramar, FL  33025 | | | |
| | | | |
| Airport Trailer Sales | | $2,299.57 | |
| Attn: Jennifer Bach | | | |
| 3555 Selma Highway | | | |
| Montgomery, AL  36108 | | | |
| | | | |
| Alabama Bolt and Supply, Inc. | | $306.54 | |
| Attn: Suzy Choi | | | |
| P.O. Box 9429 | | | |
| Montgomery, AL  36108 | | | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A o Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
v1         Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Alpha Lumber | | $346.63 | |
| Attn: Ken Williams | | | |
| P.O. Box 9327 | | | |
| Montgomery, AL  36108 | | | |
| | | | |
| American Oak | | $2,673.80 | |
| Attn: Jody Wolf | | | |
| 4245 Wetumpka Highway | | | |
| Montgomery, AL  36110 | | | |
| | | | |
| American Wall Zone | | $2,245.69 | |
| Attn: Jean Sparks | | | |
| 2520 Pelham Parkway | | | |
| Pelham, AL  35124 | | | |
| | | | |
| Andalusia Ford | | $562.43 | |
| Attn: Sue Stuckey | | | |
| P.O. Box 850 | | | |
| Andalusia, AL  36420 | | | |
| | | | |
| Baker Tire LLC | | $702.12 | |
| Attn: Tonya Gillilan | | | |
| 712 Forrest Avenue | | | |
| Gadsden, AL  35901 | | | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
v1         Sheet 5B — Criminal Monetary Penalties

DEFENDANT: DERRICK GADSDEN
CASE NUMBER: 2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Destin Connection Seafood Market<br>Attn: David Scott<br>3750 Norman Bridge Road<br>Montgomery, AL 36105 | | $255.24 | |
| Dixie True Value Hardward<br>Attn: Billy Johnson<br>24 West Park Avenue<br>Montgomery, AL 36110 | | $15.83 | |
| Delta Lighting<br>Attn: Frank Henderson<br>P.O. Box 1718<br>Andalusia, AL 36420 | | $1,382.28 | |
| Floor City USA<br>Attn: Keith Haywood<br>5675 Duval Street<br>Pensacola, FL 32503 | | $2,214.76 | |
| Fisher Tires<br>Attn: Tom Fisher<br>9990 Pensacola Blvd.<br>Pensacola, FL 32534 | | $714.24 | |

* Findings for the total amount of losses are requiredunder Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B      (Rev. 09/11) Judgment in a Criminal Case
v1           Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Georgia Floors Direct | | $1,844.35 | |
| Attn: Jeff Mallinson | | | |
| 1965 Eastern Blvd | | | |
| Montgomery, AL  36117 | | | |
| | | | |
| Gillespie Tire Service | | $522.75 | |
| Attn: Stephanie Gillespie | | | |
| 132 Tichnor Ave. | | | |
| Prattville, AL  36067 | | | |
| | | | |
| Gibson Home Center | | $1,217.65 | |
| Attn: Art Hancock | | | |
| 102 Baskin Street, South | | | |
| Union Springs, AL  36089 | | | |
| | | | |
| Jacksonville Discount Carpet and Flooring | | $1,071.12 | |
| Attn: George Watson | | | |
| 1110 Pelham Road South | | | |
| Jacksonville, Alabama  36265 | | | |
| | | | |
| Kyser Furniture | | $2,935.12 | |
| Attn: Jack Pearson | | | |
| 4044 Wetumpka Highway | | | |
| Montgomery, AL  36110 | | | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B       (Rev. 09/11) Judgment in a Criminal Case
v1       Sheet 5B -- Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Pitts Enterprises, Inc. | | $3,224.39 | |
| Attn:  Justin Bridges | | | |
| P.O. Box 127 | | | |
| Pittsview, AL  36871 | | | |
| | | | |
| Kings Appliance Inc. | | $1,443.56 | |
| Attn:  Norma King | | | |
| 2821 Ross Clark circle, SW | | | |
| Dothan, AL  36301 | | | |
| | | | |
| Prattville Farm Center | | $274.75 | |
| Attn:  Randy Burkhalter | | | |
| 1154 S. Memorial Drive | | | |
| Prattville, AL  36037 | | | |
| | | | |
| Performance Truck | | $773.79 | |
| Attn:  Karen Taunton | | | |
| 665 North Eastern Blvd | | | |
| Montgomery, AL  36117 | | | |
| | | | |
| Reed Devane | | $612.42 | |
| 2438 Ross Clark Circle | | | |
| Dothan, AL  36301 | | | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
 s1          Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Jenkins Brick DBA Acme Brick<br>Attn: Paige Turley<br>10200 Hwy 80, East<br>Montgomery, AL 36117 | | $3,668.49 | |
| Big Tex Trailers<br>Attn: Richard Mulroy<br>1500 McCain Parkway<br>Pelham, AL 35124 | | $3,045.75 | |
| Battery Source<br>Attn: Melinda Barwick<br>104 Genesis Parkway<br>Thomasville, GA 31792 | | $1,585.72 | |
| Baugh Ford<br>Attn: Amber Caldwell<br>1670 Seventh Street, North<br>Clanton, AL 35045 | | $525.04 | |
| King Ford<br>Attn: Rita Lee<br>615 Fob James Drive<br>Valley, AL 36854 | | $301.27 | |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A o Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
v1          Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Metro Trailer Repair<br>Attn:  Robert Scelsi<br>904 30th St North<br>Birmingham,  AL35203 | | $5,677.14 | |
| Creek Indian Enterprises (Riverside Smoke Shop)<br>Attn:  Kitty Stuart<br>100 Brookwood Road<br>Atmore, AL  36502 | | $32.15 | |
| Mayer Electric Supply<br>Attn:  Mark Horn<br>P.O. Box 1328<br>Birmingham, AL  35201 | | $5,873.86 | |
| Southwest Georgia Oil<br>(Inland Stores and Sun Valley Market)<br>Attn:  Brenda Davis<br>P.O. Box 1510<br>Bainbridge, GA  39818 | | $1,732.02 | |
| Cash Bargain<br>Attn:  Faye Bolding<br>P.O. Box 250432<br>Montgomery, AL  36125-0432 | | $219.45 | |

* Findings for the total amount of losses are requiredunder Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
v1         Sheet 5B — Criminal Monetary Penalties

DEFENDANT: DERRICK GADSDEN
CASE NUMBER: 2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Cowboy Maloney's | | $475.08 | |
| Attn: Rita Thompson | | | |
| 1313 Harding Street | | | |
| Jackson, MS 39202 | | | |
| | | | |
| Coweta Power Equipment | | $3,193.34 | |
| Attn: Chester Gunnin | | | |
| 125 Tillinghast Trace | | | |
| Newnan, GA 30265 | | | |
| | | | |
| CTE Power Equipment | | $533.85 | |
| Attn: Bruce Holding | | | |
| 1119 Perry Hill Road | | | |
| Montgomery, AL 36109 | | | |
| | | | |
| Discount Tobacco Outlet #110 | | $375.38 | |
| Attn: Manager | | | |
| 3326 Atlanta Highway | | | |
| Montgomery, AL 36109 | | | |
| | | | |
| Farmers Home Furniture | | $1,378.96 | |
| Attn: Duane Harrison | | | |
| P.O. Box 1140 | | | |
| Dublin, GA 31041 | | | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A o  Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B      (Rev. 09/11) Judgment in a Criminal Case
v1           Sheet 5B — Criminal Monetary Penalties

DEFENDANT: DERRICK GADSDEN
CASE NUMBER: 2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Whitworth Farm Equipment<br>Attn: Sharon Whitworth<br>7458 Deatsville Hwy<br>Deatsville, AL 36022 | | $1,643.40 | |
| Wilks Tire and Battery<br>Attn: Michelle Duckett<br>428 North Broad Street<br>Albertville, AL 35950 | | $2,544.16 | |
| Greenville Super Foods<br>Attn: Londa Richard<br>175 Greenville Bypass<br>Greenville, AL 36037 | | $161.63 | |
| Snead Ag Supply<br>Attn: Kenneth Williams<br>P.O. Box 548<br>Snead, AL 35952 | | $10,250.81 | |
| Southern Pipe<br>Attn: Bart Brown<br>572 Oliver Road<br>Montgomery, AL 36117 | | $1,231.08 | |

\* Findings for the total amount of losses are requiredunder Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
v1         Sheet 5B — Criminal Monetary Penalties

DEFENDANT: DERRICK GADSDEN
CASE NUMBER: 2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| South Alabama Gas | | $2,443.75 | |
| Attn: Nikki Coleman | | | |
| 714 West Front Street | | | |
| Evergreen, AL 36401 | | | |
| | | | |
| Sharp Carpet Factory | | $2,909.00 | |
| Attn: Richard Wann | | | |
| 5075-A Highway 31, North | | | |
| Calera, AL 35040 | | | |
| | | | |
| Tenda Chick | | $43.19 | |
| 5951 Atlanta Hwy | | | |
| Montgomery, AL 36117 | | | |
| | | | |
| Thompson Tractor Company | | $6,231.91 | |
| Attn: Kim Cardwell | | | |
| P.O. Box 10367 | | | |
| Birmingham, AL 35202 | | | |
| | | | |
| Stivers Ford | | $459.32 | |
| Attn: JoAnn Quintero | | | |
| 4000 Eastern Blvd | | | |
| Montgomery, AL 36116 | | | |

* Findings for the total amount of losses are requiredunder Chapters 109A, 110, 110A, and 113A o Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev 09/11) Judgment in a Criminal Case
v1          Sheet 5B — Criminal Monetary Penalties

DEFENDANT: DERRICK GADSDEN
CASE NUMBER: 2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Hobby Lobby Corporate Office | | $623.27 | |
| Attn: LP Department | | | |
| 7707 SW 44th Street | | | |
| Oklahoma City, OK | | | |
| American Osment | | $3,199.90 | |
| Attn: Robbie Medley | | | |
| 1120 Emory Folmar Blvd | | | |
| Montgomery, AL 36110 | | | |
| Victoryland | | $7,326.15 | |
| Attn: Jim Gartland | | | |
| P.O. Box 128 | | | |
| Shorter, AL 36075 | | | |
| Truck Pro LLC | | $470.51 | |
| 1610 Century Center Parkway, Suite 107 | | | |
| Memphis, TN 38134 | | | |
| Montgomery Water Works and Sanitary Sewer Board | | $174.54 | |
| Attn: Charlene Wachs | | | |
| P.O. Box 1631 | | | |
| Montgomery, AL 36102 | | | |

\* Findings for the total amount of losses are requiredunder Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
v1          Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Montgomery Radiator | | $231.60 | |
| Attn:  Jerald Davies | | | |
| 225 Gunn Road | | | |
| Montgomery, AL  36117 | | | |
| | | | |
| Raceway Tires and Wheels | | $916.33 | |
| Attn:  Brad Ruud | | | |
| 2670 E. South Blvd | | | |
| Montgomery, AL  36116 | | | |
| | | | |
| Northwest Supply Company | | $893.72 | |
| Attn:  W.F. Camp | | | |
| P.O. Box 382 | | | |
| Northport, AL  35476 | | | |
| | | | |
| SADCO, Inc. | | $1,406.24 | |
| Attn:  Jim Levy | | | |
| P.O. Box 250547 | | | |
| Montgomery, AL  36125 | | | |
| | | | |
| Salter Hardware | | $2,993.00 | |
| Attn:  Gerald Salter | | | |
| 601 W. Front Street | | | |
| Evergreen, AL  36401 | | | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
vl         Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Stephens Express Mart<br>Attn: Annette Stephens<br>6388 Highway 77<br>Southside, AL  35907 | | $190.60 | |
| Eastdale Mall<br>Attn: Management<br>1000 Eastdale Mall<br>Montgomery, AL  36117 | | $2,293.87 | |
| Surplus Warehouse<br>Attn: Willis Tyler<br>P.O. Box 16360<br>Jonesboro, AR  72403 | | $1,328.62 | |
| All South Appliance Group<br>Attn: Accounting Department<br>4 West Oxmoor Road<br>Birmingham, AL  35209 | | $2,551.50 | |
| KMD Sales<br>7910 U.S. 31<br>Calera, AL  35040 | | $1,147.48 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
v1          Sheet 5B — Criminal Monetary Penalties

DEFENDANT: DERRICK GADSDEN
CASE NUMBER: 2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Lowe's Auto Parts | | $42' .62 | |
| Attn: Terry Lowe | | | |
| P.O. Box 54 | | | |
| Montgomery, AL  36101 | | | |
| Mr. Sandman Mattress | | $92-.60 | |
| Attn: David Justice | | | |
| 6095 Atlanta Highway | | | |
| Montgomery, AL  36117 | | | |
| Roundtree Electric Supply Company | | $628.15 | |
| Attn: Judy or Chester Chappelle | | | |
| P.O. Box 948 | | | |
| Selma, AL  36701 | | | |
| The Flooring Warehouse | | $892.17 | |
| Attn: Pete Cullen | | | |
| 2701 Ross Clark Circle | | | |
| Dothan, AL  36301 | | | |
| Tile Liquidators | | $1,670.93 | |
| 2713 Forrest Ave | | | |
| Gadsden, AL  35904 | | | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
v1         Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Townsend Building Supply | | $399.65 | |
| Attn:  Debra Lasseter | | | |
| 533 Bollweevil Circle | | | |
| Enterprise, AL  36330 | | | |
| | | | |
| Best Buy Automotive and Tire | | $3,251.23 | |
| Attn:  Kim Pierce | | | |
| 3835 Atlanta Highway | | | |
| Montgomery, AL  36109 | | | |
| | | | |
| The Fresh Market | | $333.26 | |
| Attn:  Accounting Department | | | |
| 628 Green Valley Road | | | |
| Greensboro, NC  27408 | | | |
| | | | |
| Sherwin Williams | | $639.68 | |
| Attn:  Ty Simmons | | | |
| 3800 Eastdale Circle | | | |
| Montgomery, AL  36117 | | | |
| | | | |
| Bailey Brothers Music | | $7,638.96 | |
| Attn:  Susan Crawford | | | |
| 231 East Jefferson | | | |
| Montgomery, AL  36104 | | | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
v1          Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  DERRICK GADSDEN
CASE NUMBER:  2:13cr159-01-WKW

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Certegy<br>Attn: Chris Jacobson<br>11601 Roosevelt Blvd. TA-12<br>St. Petersburg, FL  33716 | | $434,907.74 | |
| Williams and Fudge<br>300 Chatham Ave<br>Rock Hill, SC  29730 | | $705.51 | |
| Piggly Wiggly<br>Attn: Risk Management<br>770 63rd Street<br>Oklahoma City, OK  73105 | | $663.75 | |
| Goodwin Brothers<br>Attn: Comptroller<br>P.O. Box 55<br>Montgomery, AL  36101 | | $42.08 | |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.