IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CR-159-WKW |
| | ) | [WO] |
| DERRICK GADSDEN | ) | |

## ORDER

Before the court are Defendant's *pro se* Motion for Free Copies (Doc. # 242) and *pro se* Motion to Reconsider the Pre-Mature Denial Order on Motion for Compassionate Release (Doc. # 246).  It is ORDERED that Defendant's *pro se* Motion for Free Copies (Doc. # 242) is GRANTED.  The Clerk of the Court is DIRECTED to mail a copy of the Government's Response to Show Cause Order (Doc. # 236) to Defendant's address on file with the court.  It is further ORDERED that Defendant's *pro se* Motion to Reconsider (Doc. # 246) is DENIED.

DONE this 6th day of October, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE