Case 2:13-cr-00159-RAH-WC   Document 286   Filed 01/17/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Derrick Gadsden | ) | Case No: 2:13cr159-02-RAH |
| | ) | USM No: 14804-002 |
| Date of Original Judgment: 11/06/2014 | ) | |
| Date of Previous Amended Judgment: | ) | Richard K. Keith |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The only sentencing guidelines made retroactive were Parts A and B of Amendment 821 regarding status points and certain zero-point offenders. The defendant's subtotal criminal history score was 16 plus two status points for a total score of 18. A reduction of 1 status point creates a total score of 17. His criminal history category remains unchanged at VI. Pursuant to USSG §1B1.10(a)(2)(B), a reduction in the defendant's term of imprisonment is not authorized under 18 U.S.C. §3582(c)(2).

Except as otherwise provided, all provisions of the judgment dated 11/06/2014 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/17/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

R. Austin Huffaker, United States District Judge
*Printed name and title*